**STATE of Missouri, Respondent,**

v.

**Christopher M. JOHNSON, Appellant.**

**No. WD 41858.**

Missouri Court of Appeals,
Western District.

Dec. 5, 1989.

Cullen Cline, Columbia, for appellant.

Jerome S. Antel, III, Asst. Pros. Atty., Columbia, for respondent.

Before BERREY, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Defendant appeals from convictions of driving while intoxicated, § 577.010, RSMo. 1986, and failing to stop for a flashing red light, § 304.301.1, RSMo. 1986, alleging the court erred in convicting the defendant of the charges in that there was insufficient evidence to support verdicts of guilty.

Appeal dismissed as to alleged error concerning conviction for failing to stop.

Judgment affirmed as to conviction for driving while intoxicated. Rule 30.25(b).